■ DONALDSON LUFKIN & JENRETTE SECURITIES CORPORATION et al., Individually and as Comanagers of an Underwriting Syndicate Consisting of 80 Participating Underwriters, Appellants, v STAR TECHNOLOGIES, INC., Respondent.—Orders, Supreme Court, New York County (Edward H. Lehner, J.), entered on October 18, 1990 and March 18, 1991, respectively, unanimously affirmed for the reasons stated by Edward H. Lehner, J., with costs and disbursements. No opinion. Concur —Murphy, P. J., Sullivan, Rosenberger, Kassal and Smith, JJ. *[See,* 148 Misc 2d 880.]